UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**FAEGRE DRINKER BIDDLE & REATH LLP**
A Delaware Limited Liability Partnership
600 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 549-7000 (Telephone)
(973) 360-9831 (Facsimile)
Michael P. Pompeo
Marita S. Erbeck
*Counsel to the Debtors and Debtors in Possession*

| | |
|---|---|
| In re:<br><br>ALLIANT TECHNOLOGIES, L.L.C. (d/b/a TenFour), *et al.*,[1]<br><br>         Debtors. | Chapter 11<br><br>Case No. 21-19748 (JKS)<br>(Jointly Administered) |
| ALLIANT TECHNOLOGIES, L.L.C. (d/b/a TenFour),<br>         Plaintiff,<br>v.<br>REXEL HOLDINGS USA CORP.,<br>         Defendant. | Adv. Pro. No. 22-01057 (JKS) |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that, on February 11, 2022, the plaintiff in the above-captioned chapter 11 case (the "Plaintiff") inadvertently initiated duplicate adversary proceedings against Rexel Holdings USA Corp. [Adv. Case No. 22- 1057 and Adv. Case No. 22-1058] (each an "Adversary Complaint", and together the "Adversary Complaints").

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification are as follows: Alliant Technologies, L.L.C. (d/b/a TenFour) (7583), Technology Keiretsu, LLC (8793), AlliantWare, L.L.C. (7589), and Red Forge LLC (8662). The mailing address for the Debtors is 360 Mt. Kemble Avenue, Morristown, New Jersey 07960 (Attn: Mark P. Cantaluppi).

ACTIVE.135552728.01

**PLEASE TAKE FURTHER NOTICE** that, because the requisite summons was docketed and the filing fee was paid in Adv. Case No. 22-1058, the Plaintiff hereby withdraws the Adversary Complaint filed at Adv. Case No. 22-1057.

**PLEASE TAKE FURTHER NOTICE** that the Plaintiff will continue to pursue the Adversary Complaint associated with Adv. Case No. 22-1058.

Dated: Florham Park, New Jersey
February 15, 2022

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/Marita S. Erbeck*
Michael P. Pompeo
Marita S. Erbeck
600 Campus Drive
Florham Park, NJ  07928
Tel:  (973) 549-7000
Fax:  (973) 360-9831
Michael.Pompeo@faegredrinnker.com
Marita.Erbeck@faegredrinnker.com

*Co-Counsel to the Debtors
and Debtors in Possession*

Dated: Florham Park, New Jersey
February 15, 2022

**KAPLAN LAW FIRM, LLC**

*/s/Kenneth M. Kaplan*
Kenneth M. Kaplan, Esq.
327 US 202
Bedminister, NJ  07921
Tel:  (908) 718-07921
Ken@KaplanLawLLC.com

*Co-Counsel to the Debtors
and Debtors in Possession*